IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

THOMAS RAY NICHOLS,
        Petitioner,
   v.　　　　　　　　　　　　　　　　　**Judgment in a Civil Case**
UNITED STATES OF AMERICA,
        Respondent.　　　　　　　　　　Case Number: 5:11-HC-2198-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for an initial review under 28 U.S.C. § 2243.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on November 29, 2011, with service on:
Thomas Ray Nichols 50764-056, Butner Low - F.C.I., P.O. Box 999, Butner, NC 27509 (via U.S. Mail)

November 29, 2011　　　　　　　　　　　　　/s/ Dennis P. Iavarone
　　　　　　　　　　　　　　　　　　　　　　Clerk